UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY PEREZ, | ) | No. 1:08-CV-1665 LJO JMD (HC) |
| Petitioner, | ) ) ) | ORDER VACATING DECEMBER 9, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | (Doc. No. 28) |
| J.D. HARTLEY, | ) ) | |
| Respondent. | ) ) | |

    Respondent's renewed motion to stay has been set for hearing in this case on December 9, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 9, 2010, is VACATED, and the parties shall not appear at that time.  As of December 9, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     December 1, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE