DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org

Attorneys for Petitioner
RICKY PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY PEREZ,** | NO. 1:08-CV-1665 LJO JMD (HC) |
| Petitioner, | **STIPULATED REQUEST TO SET CONTINUED CUSTODY HEARING FOR MARCH 3, 2011; ORDER** |
| v. | |
| **J.D. HARTLEY, Warden,** | |
| Respondent. | **Judge:**   Hon. Lawrence J. O'Neill |

Pursuant to Local Rule 143, the parties request that the Court set the hearing to determine Petitioner's continued custody for March 3, 2011, at 10:00 a.m. or as soon thereafter as the Court is available.

On February 25, 2011, this Court issued an order authorizing state authorities to return Petitioner to custody. The Court further ordered that within two court days of Petitioner's return to custody, the parties were to appear before the Court for a continued custody hearing.

Petitioner was returned to custody on February 28, 2011. Two court days would require the parties to appear on March 2, 2011.

The Court's order appointed the Federal Defender to represent Petitioner on the continued custody matter. Assistant Federal Defender Monica Knox will be representing Petitioner.

Ms. Knox learned of this matter on March 1, 2011.  By that point, Petitioner had already been returned to custody; he is being held at Avenal State Prison.  Ms. Knox has arranged to see Petitioner at noon on March 2, 2011.  It is not possible for Ms. Knox to adequately represent Petitioner at the continued custody hearing without first consulting with her client.  Because Petitioner will be brought to court for the hearing by correctional officers from Avenal State Prison and their procedure does not permit them to allow a private meeting between the prisoner and any other person, Ms. Knox will not be able to confidentially consult with Petitioner at the courthouse; thus she will need to go to Avenal State Prison before the hearing to consult with Petitioner.

It is for this reason that the parties stipulate to a hearing outside the two-day period set by this Court's February 25, 2011 order and request that the continued custody hearing be set for March 3, 2011 at 10:00 a.m. or as soon thereafter as the Court is available.

Dated:  March 1, 2011					Respectfully submitted,

							DANIEL J. BRODERICK
							Federal Defender

							 /s/ *Monica Knox*
							MONICA KNOX
							Assistant Federal Defender

							Attorneys for Petitioner

Dated:  March 1, 2011					KAMALA HARRIS
							Attorney General of California

							 /s/  *Maria Chan*
							MARIA CHAN
							Deputy Attorney General

							Attorneys for Respondent

## **ORDER**

Based on the parties' stipulation, this Court SETS a hearing for March 3, 2011 at 10 a.m. in Department 4 (LJO) to address continued custody of petitioner Ricky Perez.  This Court ORDERS respondent J.D. Hartley, Warden, to arrange for and secure petitioner's

attendance at the hearing.

      IT IS SO ORDERED.

**Dated:**    **March 1, 2011**        /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE