# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY PEREZ,

               Petitioner,

   vs.

J.D. HARTLEY, Warden,

              Respondent.

_____/

CASE NO. CV F 08-1665 LJO JMD

**ORDER TO TRANSPORT PRISONER TO FEDERAL COURT**

Date:   March 3, 2011
Time:   10 a.m.
Dept.:  4 (LJO)

      Petitioner Ricky Perez ("Inmate Perez"), inmate CDC No. C-51533, is a party to this action is required to appear before this Court's Department 4 (LJO) on March 3, 2011 at 10 a.m.  Inmate Perez is confined at Avenal State Prison, #1 Kings Way, Avenal, CA 93204 and in custody of Warden J.D. Hartley ("Warden Hartley").  As such, this Court ORDERS Warden Hartley to produce Inmate Perez to appear on March 3, 2011 at 10 a.m. before this Court's Department 4 (LJO) located at 2500 Tulare, Fresno, CA 93721 and to return Inmate Perez, if applicable, after the conclusion of proceedings before this Court.

      IT IS SO ORDERED.

**Dated:   March 1, 2011**              _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES DISTRICT JUDGE

1