**FILED**

MAR 03 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY PEREZ,** | Case No. 1:08-CV-01665 LJO JMD |
| Petitioner, | ORDER DISCHARGING TRANSPORT ORDER AS TO PETITIONER RICKY PEREZ |
| v. | |
| **J.D. HARTLEY, Warden,** | |
| Respondent. | |

Petitioner, RICKY PEREZ, CDC No. C-51533, is no longer needed by the Court in this proceeding, and the Order to Transport this inmate is HEREBY DISCHARGED.

DATED: March 3, 2011

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1